IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3081 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| EUGENE ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue his plea hearing currently set for April 27, 2011, so he can finalize his plea agreement with the government. The government does not oppose defendant's motion.

IT IS ORDERED:

1) The defendant's motion to continue, (filing no. 27), is granted, and defendant's plea hearing will be held before the undersigned magistrate judge on the 18th day of May, 2011, at 1:00 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska. The defendant is ordered to appear at this hearing.

2) The ends of justice served by granting defendant's motion to continue the plea hearing outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the anticipated plea of guilty, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act for the reason that the failure to grant additional time could result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

DATED this 25th day of April, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge