UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3081 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| EUGENE ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 4th day of October, 2011, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On June 3, 2011, the Court entered a Preliminary Order of Forfeiture (Filing No. 41) pursuant to the provisions of Title 18, United States Code, Sections 2252(a)(4)(B) and 2253, based upon the Defendant's plea of guilty to Count II and the Forfeiture Allegation of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties was forfeited to the United States.

    a.    One (1) Compaq Presario, model 4410US, serial number GT0120814030.

    b.    One (1) Maxtor 40Gb IDE hard drive, model 4D040H2, serial number D2402TJE.

    c.    One (1) Maxtor IDE 6Gb hard drive, model 90650U2, serial number C21QJDWC.

    d.    One (1) Western Digital, model WD2000JB, 200Gb IDE hard drive, serial number WMACK1987889.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on July 30, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed herein on September 29, 2011 (Filing No. 53).

3. The Court has been advised by the United States no Petitions have been filed.  From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the following properties, held by any person or entity, are hereby forever barred and foreclosed.

   a. One (1) Compaq Presario, model 4410US, serial number GT0120814030.

   b. One (1) Maxtor 40Gb IDE hard drive, model 4D040H2, serial number D2402TJE.

   c. One (1) Maxtor IDE 6Gb hard drive, model 90650U2, serial number C21QJDWC.

   d. One (1) Western Digital, model WD2000JB, 200Gb IDE hard drive, serial number WMACK1987889.

C. The properties described above, be, and the same hereby are, forfeited to the United States of America.

D.  The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 4th day of October, 2011.

BY THE COURT:

*Richard G. Kopf*
**RICHARD G. KOPF, Judge**
**United States District Court**